JEFFREY D. GOLDMAN (SBN 155589)
jgoldman@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Tel:  310-282-2000 Fax  :  310-282-2200

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation, for itself and d/b/a/ ALMO MUSIC CORP. and IRVING MUSIC, INC.; UNIVERSAL MUSIC - MBG NA LLC, a California limited liability company d/b/a UNIVERSAL MUSIC - MGB SONGS; and UNIVERSAL MUSIC - Z TUNES LLC, a New York limited liability company, for itself and d/b/a UNIVERSAL MUSIC - Z SONGS, and as successor to ZOMBA ENTERPRISES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ES ELECTROSALES LEADSINGER | Case No.  CV 08-0553-JFW (VBKx)<br><br>**ORDER TO SHOW CAUSE RE:**<br><br>**(1) CONTEMPT OF COURT FOR VIOLATION OF PRELIMINARY INJUNCTION;**<br><br>**(2) WILLFUL SPOLIATION OF EVIDENCE;**<br><br>Date:   July 14, 2008<br>Time:   1:30 p.m.<br>Ctrm:   Hon. John F. Walter |

LA1785040.1
212374-10002

1

[PROPOSED] Order Granting Motion for An OSC
Re:  Contempt And Willful Spoliation of Evidence
Case No. CV 08-0553-JFW (VBKx)

CO., LTD., a New York corporation; ES ELECTROSALES CO., LTD., a New York corporation; LEADSINGER CORP., a New York corporation; ENTER-TECH CO., LTD., a corporation organized under the laws of Korea; JERRY CHOE, an individual; and LEADSINGER, a Joint Venture and Partnership of Enter-Tech Co., LTD, and CHOE; DOES 1-10, inclusive ,

Defendants.

Having considered the materials submitted by the Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music - MBG NA LLC, and Universal Music - Z Tunes LLC (collectively "Plaintiffs") in support of their motion for (1) an order to show cause re: contempt of court for violation of preliminary injunction; (2) an order to show cause re: willful spoliation of evidence; and (3) sanctions, and it appearing to the satisfaction of the Court that this is a proper case for such orders to show cause, Plaintiffs' motion is GRANTED.[1]

Accordingly, **IT IS ORDERED** that Defendants ES Electrosales Leadsinger Co., Ltd, ES Electrosales Co., Ltd., and Leadsinger Corp. (collectively "Defendants") are hereby ordered to show cause why Defendants should not be held in contempt of court and sanctioned for violating the Court's "Order Granting Preliminary Injunction," filed and entered on March 19, 2008 (the "Injunction").  In

---

[1]   While Defendants did **not** file an opposition to the Motion, the Court has independently considered the merits of Plaintiffs' Motion, and finds that Plaintiffs have met the requirements for the Court to issue the requested Orders to Show Cause.

LA1785040.1
212374-10002

2

[PROPOSED] Order Granting Motion for An OSC
Re:  Contempt And Willful Spoliation of Evidence
Case No. CV 08-0553-JFW (VBKx)

addition, Defendants are hereby ordered to show cause why Defendants should not be sanctioned for willful spoliation of evidence.

**IT IS FURTHER ORDERED** that Defendants file a response to these Orders on or before June 30, 2008.  Plaintiffs shall file their reply on or before July 7, 2008.  Both the response and the reply should be supported by declarations and documentary evidence.  A hearing will be held on the matter on **July 14, 2008, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated:  June 26, 2008

_____
Hon. John F. Walter
Judge, United States District Court

LA1785040.1
212374-10002

3

[PROPOSED] Order Granting Motion for An OSC
Re:  Contempt And Willful Spoliation of Evidence
Case No. CV 08-0553-JFW (VBKx)