JEFFREY D. GOLDMAN (SBN 155589)
jgoldman@loeb.com
DONALD A. MILLER (SBN 228753)
dmiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Tel: 310-282-2000 Fax : 310-282-2200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation, for itself and d/b/a/ ALMO MUSIC CORP. and IRVING MUSIC, INC.; UNIVERSAL MUSIC - MBG NA LLC, a California limited liability company d/b/a UNIVERSAL MUSIC - MGB SONGS; and UNIVERSAL MUSIC - Z TUNES LLC, a New York limited liability company, for itself and d/b/a UNIVERSAL MUSIC - Z SONGS, and as successor to ZOMBA ENTERPRISES LLC,<br><br>              Plaintiffs,<br><br>     v.<br>ES ELECTROSALES LEADSINGER CO., LTD., a New York corporation; ES ELECTROSALES CO., LTD., a New York corporation; LEADSINGER CORP., a New York corporation; ENTER-TECH CO., LTD., a corporation organized under the laws of Korea; JERRY CHOE, an individual; and LEADSINGER, a Joint Venture and Partnership of Enter-Tech Co., LTD, and CHOE; DOES 1-10, inclusive ,<br><br>              Defendants. | Case No.  CV 08-0553-JFW (VBKx)<br><br>**ORDER TO SHOW CAUSE RE:**<br><br>**(1) CONTEMPT OF COURT FOR VIOLATION OF PRELIMINARY INJUNCTION;**<br><br>**(2) WILLFUL SPOLIATION OF EVIDENCE;**<br><br>*[Filed Concurrently: Ex Parte Application; Memorandum of Points and Authorities; Declaration of Donald A. Miller]*<br><br>Date:   August 25, 2008<br>Time:   1:30 p.m.<br>Ctrm:   Hon. John F. Walter |

LA1791615.1
212374-10002

1

[PROPOSED] Order to Show Cause
Re: Contempt And Willful Spoliation of Evidence
Case No. CV 08-0553-JFW (VBKx)

Having considered the materials submitted by the Plaintiffs UMG Recordings, Inc., Universal Music Corp., Songs of Universal, Inc., Universal-Polygram International Publishing, Inc., Rondor Music International, Inc., Universal Music - MBG NA LLC, and Universal Music - Z Tunes LLC (collectively "Plaintiffs") in support of their *ex parte* application for (1) an order to show cause re: contempt of court for violation of preliminary injunction and (2) an order to show cause re: willful spoliation of evidence, and it appearing to the satisfaction of the Court that this is a proper case for such orders to show cause, Plaintiffs' application is GRANTED.

Accordingly, **IT IS ORDERED** that Defendant Jerry Choe is hereby ordered to show cause why Defendants should not be held in contempt of court and sanctioned for violating the Court's "Order Granting Preliminary Injunction," filed and entered on March 19, 2008 (the "Injunction").  In addition, Defendant Choe is hereby ordered to show cause why he should not be sanctioned for willful spoliation of evidence.

**IT IS FURTHER ORDERED** that defendant, Jerry Choe file a response to these Orders on or before August 18, 2008.  Plaintiffs shall file their reply on or before August 21, 2008.  Both the response and the reply should be supported by declarations and documentary evidence.  A hearing will be held on the matter on **August 25, 2008, at 1:30 p.m**.  Plaintiff shall personally serve the Order to Show Cause on defendant, Jerry Choe on or before August 4, 2008.  Plaintiff shall file a proof of service for defendant, Jerry Choe by August 11, 2008.

**IT IS SO ORDERED.**

Dated:  July 29, 2008

_____
Hon. John F. Walter
Judge, United States District Court

LA1791615.1
212374-10002

2

[PROPOSED] Order Granting Motion for An OSC
Re:  Contempt And Willful Spoliation of Evidence
Case No. CV 08-0553-JFW (VBKx)