JEFFREY D. GOLDMAN (SBN 155589) jgoldman@loeb.com
DONALD A. MILLER (SBN 228753)  dmiller@loeb.com

LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Tel:  310-282-2000 Fax:  310-282-2200

Attorneys for Plaintiffs

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; UNIVERSAL MUSIC CORP., a New York corporation; SONGS OF UNIVERSAL, INC., a California corporation; UNIVERSAL POLYGRAM INTERNATIONAL PUBLISHING, INC., a Delaware corporation; RONDOR MUSIC INTERNATIONAL, INC., a California corporation, for itself and d/b/a/ ALMO MUSIC CORP. and IRVING MUSIC, INC.; UNIVERSAL MUSIC - MBG NA LLC, a California limited liability company d/b/a UNIVERSAL MUSIC - MGB SONGS; and UNIVERSAL MUSIC - Z TUNES LLC, a New York limited liability company, for itself and d/b/a UNIVERSAL MUSIC - Z SONGS, and as successor to ZOMBA ENTERPRISES LLC,<br>　　　　　Plaintiffs,<br>　　v.<br>ES ELECTROSALES LEADSINGER CO., LTD., a New York corporation; ES ELECTROSALES CO., LTD., a New York corporation; LEADSINGER CORP., a New York corporation; ENTER-TECH CO., LTD., a corporation organized under the laws of Korea; JERRY CHOE, an individual; and LEADSINGER, a joint venture and partnership of ENTER-TECH CO. LTD. and CHOE; and DOES 1-10, inclusive ,<br>　　　　　Defendants. | Case No. CV 08-0553-JFW<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

<mark>Having considered and granted Plaintiffs' (1) Application for Default Judgment by Court against Defendants ES Electrosales Leadsinger Co., Ltd.; Es Electrosales Co., Ltd.; Leadsinger Corp.; Enter-Tech Co., Ltd.; and Leadsinger (a joint venture and partnership of Defendants Enter-Tech Co., Ltd. and Jerry Choe), (2) Motion for Summary Judgment on Liability and Willfulness Of and Damage against Defendant Jerry Choe, (3) Motion for Attorneys' Fees and Full Costs Against Defendants ES Electrosales Leadsinger Co., Ltd.; Es Electrosales Co., Ltd.; Leadsinger Corp.; Enter-Tech Co., Ltd.; and Leadsinger (a joint venture and partnership of Defendants Enter-Tech Co., Ltd. and Jerry Choe), and (4) Motion for Attorneys' Fees and Full Costs Against Defendant Jerry Choe,</mark>

IT IS ORDERED AND ADJUDGED that Plaintiffs UMG Recordings, Inc., Universal Music Corp.; Songs of Universal, Inc.; Universal – PolyGram International Publishing, Inc.; Rondor Music International, Inc., for itself and d/b/a Almo Music Corp. and Irving Music, Inc.; Universal Music – MGB NA LLC, for itself and d/b/a Universal Music – MGB Songs; and Universal Music – Z Tunes LLC, for itself and d/b/a Universal Music – Z Songs, and as successor to Zomba Enterprises LLC (collectively, "Plaintiffs") shall have and recover, jointly and severally, from Defendants (1) ES Electrosales Leadsinger Co., Ltd.; (2) Es Electrosales Co., Ltd.; (3) Leadsinger Corp.; (4) Enter-Tech Co., Ltd.; (5) Leadsinger (a joint venture and partnership of Defendants Enter-Tech Co., Ltd. and Jerry Choe); and (6) Jerry Choe (collectively, "Defendants"), the sum of $10,950,000, with interest thereon at the rate provided by 28 U.S.C. § 1961.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs shall have and recover their attorneys' fees and costs from Defendants, jointly and severally, in the amount of $132,898.36, for a total Judgment of $11,082,898.32.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants and their agents, servants, employees, officers, successors, parents, subsidiaries, affiliates, divisions, representatives, licensees, assigns, and all persons acting in concert or participating with any of

<mark>Case 2:08-cv-00553-JFW-VBK   Document 129   Filed 01/06/09   Page 2 of 7   Page ID #:1859</mark>

1  them are hereby permanently enjoined and restrained from directly or indirectly reproducing in
2  copies or phonorecords, distributing, or preparing derivative works based on any of Plaintiffs'
3  Sound Recordings and Musical Compositions (as hereafter defined), or any part or portion thereof,
4  or otherwise infringing any of Plaintiffs' Sound Recordings or Musical Compositions.

5      For purposes of this permanent injunction, "Sound Recordings" and "Musical
6  Composition" include any of the sound recordings or musical compositions identified in Schedule
7  A and Schedule B, respectfully, to the First Amended Complaint in this action (both of which
8  schedules are attached hereto as Exhibit 1); and any other sound recording or musical
9  composition, whether now in existence or later created, that is owned or controlled by either of the
10 Plaintiffs or any parent, subsidiary, division of affiliate record label of either of the Plaintiffs.

13 Dated: January 6, 2009

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                              **EXHIBIT 1**
26
27
28

# SCHEDULE A

## SELECTION OF COPYRIGHTED SOUND RECORDINGS INFRINGED BY DEFENDANTS

| RECORDING | ARTIST | COPYRIGHT REGISTRATION NUMBER |
|---|---|---|
| Because Of You | 98 Degrees | SR 237 315 |
| I Found Someone | Cher | SR 86 377 |
| If I Could Turn Back Time | Cher | SR 107 164 |
| Photograph | Def Leppard | SR 42 982 |
| Don't Speak | No Doubt | SR 206 724 |
| Here Without You | 3 Doors Down | SR 347 346 |
| When I'm Gone | 3 Doors Down | SR 347 346 |
| Pieces of Me | Ashlee Simpson | SR 358 548 |
| What's My Age Again | Blink 182 | SR 279 826 |
| Hero | Enrique Iglesias | SR 303 794 |
| The Middle | Jimmy Eat World | SR 288 525 |
| Come As You Are | Nirvana | SR 135 335 |
| Roxanne | Police | SR 4 190 |
| Superstition | Stevie Wonder | RE 852 322 |
| Somebody Told Me | The Killers | SR 355 962 |
| Mr Brightside | The Killers | SR 355 962 |
| The Reason | Hoobastank | SR 339 555 |
| Kryptonite | 3 Doors Down | SR 277 407 |
| All The Small Things | Blink 182 | SR 279 826 |
| A Long December | Counting Crows | SR 226 415 |
| Mr Jones | Counting Crows | SR 172 267 |
| Sweet Home Alabama | Lynyrd Skynyrd | RE 867 684 |
| I'm The Only One | Mellisa Etheridge | SR 171 983 |
| Scars | Papa Roach | SR 360 567 |
| Blurry | Puddle of Mudd | SR 301 465 |
| With Or Without You | U2 | SR 78 949 |
| Foolish | Ashanti | SR 315 089 |
| Rock With U | Ashanti | SR 332 594 |
| Back At One | Brian McKnight | SR 280 025 |
| Love Of My Life | Brian McKnight | SR 301 470 |
| Still | Brian McKnight | SR 301 470 |
| There Is A Kind Of Hush | Carpenters | RE 908 358 |
| That Don't Impress Me Much | Shania Twain | SR 243 502 |
| You're Still The One | Shania Twain | SR 243 502 |
| Man I Feel Like A Woman | Shania Twain | SR 243 502 |

## SCHEDULE B
## SELECTION OF COPYRIGHTED COMPOSITIONS INFRINGED BY DEFENDANTS

| Composition | Copyright Registration Number | Administrator |
|---|---|---|
| All That I Need | PA 1 278 074 | Songs of Universal, Inc. and Bayjun Beat Music adm. by Songs of Universal, Inc. |
| Angel of Mine | PA 913 202 | Universal – Polygram International Publishing, Inc. |
| Answer The Phone | PA 1 275 835 | Irving Music, Inc. |
| Back At One | PA 1 203 871 | Universal - PolyGram Int. Publ., Inc. and Cancelled Lunch Music adm. by Universal - PolyGram Int. Publ., Inc. |
| Barbie Girl | PA 890 830 | MCA Music Scandinavia AB adm. by Universal Music Corp. |
| Because I Got High | PA 1 123 416 | Universal Music Corp. & Afroman Music adm. by Universal Music Corp. |
| Bed of Roses | PA 593 688 | Universal - PolyGram Int. Publ., Inc. and Bon Jovi Publ. adm. by Universal - PolyGram Int. Publ., Inc. |
| California Girls | EU 890 216 Pau 2-079-518 | Sea of Tunes Publ. Co. adm. by Irving Music, Inc. |
| Complicated | PA 1 101 506 | Almo Music Corp. and Avril Lavigne Publ. Ltd. adm. by Almo Music Corp. |
| Don't Tell Me | PA 1 251 277 | Almo Music Corp. and Avril Lavigne Publ. Ltd. adm. by Almo Music Corp. |
| Don't Worry Baby | EU 818 195 | Sea of Tunes Publ. Co. adm. by Irving Music, Inc. |
| Forever's As Far As I'll Go | PA 485 498 | Almo Music Corp. and Brio Blues Music adm. by Almo Music Corp. |
| Hand in My Pocket | PA 705 730 | Songs of Universal, Inc., Vanhurst Place Music adm. by Songs of Universal, Inc., Universal Music Corp. & Aerostation Corp. adm. by Universal Music Corp. |
| Happy | PA 1 263 374 | Universal Music Corp., Pookietoots Publ. and Baeza Music LLC adm. by Universal Music Corp. |
| Holidae Inn | PA 1 242 127 | Irving Music, Inc., Almo Music Corp., Trak Starz Music adm. by Almo Music Corp., Universal Music - MGB Songs, Chingy Music adm. by Universal Music - MGB Songs |
| I Can't Sleep | PA 1 199 705 | Songs of Universal, Inc., My Mulligan Music adm. by Songs of Universal, Inc. |
| I'll Be There For You | PA 378 915 | Universal - PolyGram Int. Publ., Inc. and Bon Jovi Publ. adm. by Universal - PolyGram Int. Publ., Inc. |
| Ironic | PA 705 736 | Songs of Universal, Inc., Vanhurst Place Music adm. by Songs of Universal, Inc., Universal Music Corp. & Aerostation Corp. adm. by Universal Music Corp. |
| It's My Life | PA 1 003 884 | Universal - PolyGram Int. Publ., Inc. and Bon Jovi Publ. adm. by Universal - PolyGram Int. Publ., Inc. |
| Kryptonite | PA 999 801 | Songs of Universal, Inc. & Escatawpa Songs adm. by |

| Composition | Copyright Registration Number | Administrator |
|---|---|---|
|  |  | Songs of Universal, Inc. |
| Looks Like We Made It | EU 645 778 | Rondor Music London Ltd. adm. by Irving Music, Inc. & Irving Music, Inc. |
| More Than That | PA 1 039 514 | Universal/MCA Music Scandinavia AB adm. by Universal Music Corp. |
| My Happy Ending | PA 1 251 274 | Almo Music Corp. and Avril Lavigne Publ. Ltd. adm. by Almo Music Corp. |
| My Heart Will Go On | PA 880 171 | Blue Sky Rider Songs adm. by Irving Music, Inc. |
| P.I.M.P. | PA 1 147 474 | 50 Cent Music adm. by Universal Music Corp. |
| Paid My Dues | PA 1 108 224 | Universal Music Corp. & Poho Prod. Adm. by Universal Music Corp. |
| Rain on Me | PA 1 221 026 | Universal Music Corp., Pookietoots Publ. and Baeza Music LLC adm. by Universal Music Corp. |
| Right Thurr | PA 1 242 122 | Irving Music, Inc., Almo Music Corp., Trak Starz Music adm. by Almo Music Corp., Universal Music - MGB Songs, Chingy Music adm. by Universal Music - MGB Songs |
| Simple Life | PA 1 277 317 | Universal Music - Careers, Silverkiss Music publ. adm. by Universal Music - Careers, Songs of Universal, Inc., Songs From The Engine Room adm. by Songs of Universal, Inc. |
| Sk8er Boi | PA 1 101 507 | Almo Music Corp. and Avril Lavigne Publ. Ltd. adm. by Almo Music Corp. |
| Somewhere In The Night | EU 548 936 PAu 130 041 | Irving Music, Inc. and Rondor Music London Ltd. adm. by Irving Music, Inc. |
| Suga Suga | PA 1 281 057 | Songs of Universal, Inc., Universal Music Corp., Latino Velvet Music adm. by Songs of Universal, Inc., Amaya Sofia Publ. adm. by Universal Music Corp. |
| Summer of '69 | PA 238 134 | Irving Music, Inc., Adams Communications, Inc. adm. by Irving Music, Inc., Almo Music Corp., Testatyme Music adm. by Almo Music Corp. |
| Thank you | PA 940 228 | Universal Music Corp., Aerostation Corp. & 1974 adm. by Universal Music Corp. |
| Toxic | PA 1 287 636 | Murlyn Songs AB adm. in US/Canada by Universal - PolyGram Int. Publ., Inc. |
| Wanted Dead or Alive | PA 304 634 | Universal - PolyGram Int. Publ., Inc. and Bon Jovi Publ. adm. by Universal - PolyGram Int. Publ., Inc. |
| When I'm Gone | PA 1 120 566 | Songs of Universal, Inc. & Escatawpa Songs adm. by Songs of Universal, Inc. |
| Whole Again | PA 1 256 283 | BPAD Music Ltd. adm. by Universal - PolyGram Int. Publ., Inc. |